# EXHIBIT 2

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
| --- | --- |
| **1Pre**. A method comprising:<br><br>**1a.** sending a buffer information report to a system station from a node for relaying communications between at least one user station and the system station, the report being generated based on a report format used for uplink reporting by a user station; and | The accused products practice a method for sending a buffer information report to a system station from a node for relaying communications between at least one user station and the system station, the report being generated based on a report format used for uplink reporting by a user station; and<br><br>ZTE is a smartphone manufacturer based in China and among the top five largest smartphone manufacturers in its home market.<br><br>ZTE offers different variants of phones in USA that support LTE/LTE-A and follow standards by 3GPP. As an example, ZTE Axon 30 Ultra supports the LTE standard and follows 3GPP standards for LTE/LTE-A. See Fig. 1 and Fig. 2. |

| US8767614B2 | **ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products")** |
| --- | --- |
| | **Citation 1: Axon 30 Ultra**<br><br><br><br>Fig. 1<br><br>Source: https://ztedevices.com/en-us/axon-30-ultra/, Page 12, Last Accessed on 4th February, 2022, Exhibit C |

**Citation 2: Axon 30 Ultra supports LTE**

5G: n1/n3/n28/n41/n78;

FDD: B1/2/3/4/5/7/8/12/17/18/19/20/26/28;

TDD: B34/38/39/40/41;

UMTS: B1/2/4/5/8;

GSM: B2/3/5/8;

4×4MIMO

LTE: B41/1/3

Fig. 2

Source: https://ztedevices.com/en-us/axon-30-ultra-specs/, Page 1, Last Accessed 4th February, 2022, Exhibit D

3GPP standard TS 36.300 specifies supports for relaying and the architecture for same is shown in Fig. 3. It can also be inferred from Fig. 4 that the functionalities applied for the user station (e.g., ZTE Axon 30 Ultra) are equally applicable to the relay node (i.e., RN). The uplink reporting by user station (e.g., ZTE Axon 30 Ultra) and the buffer status report is of the same format.

| US8767614B2 | **ZTE Handsets Supporting LTE/LTE-A, including, but  not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products")** |
|---|---|
|  | **Citation 3: E-UTRAN Architecture with Relaying**<br><br><br><br>**Figure 4.7.2-1: Overall E-UTRAN Architecture supporting RNs**<br><br>Fig. 3<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136300/15.02.00_60/ts_136300v150200p.pdf, Page 44,<br><br>Last Accessed on 11th November,2021, Exhibit A |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| | **Citation 4: Relay Node functionalities** |

The objective is to describe the MAC architecture and the MAC entity from a functional point of view. Functionality specified for the UE equally applies to the RN for functionality necessary for the RN. There is also functionality which is only applicable to the RN, in which case the specification denotes the RN instead of the UE. RN-specific behaviour is not applicable to the UE. For TDD operation, UE behaviour follows the TDD UL/DL configuration indicated by *tdd-Config* unless specified otherwise.

Fig. 4

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 13,

Last Accessed on 11th November,2021, Exhibit B

The relay node (RN) supports communication from the User Equipments (UEs) to the E-UTRAN system stations. See Fig. 5.

**Citation 5: Relay Node**

The RN includes both types of MAC entities; one type for communication with UEs and one type for communication with the E-UTRAN.

Fig. 5

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136300/15.02.00_60/ts_136300v150200p.pdf, Page 13,

Last Accessed on 11th November,2021, Exhibit A

Buffer status reporting (i.e., Buffer information report) by the user station acting as a relay node (e.g., ZTE Axon 30 Ultra) provides the serving eNB (i.e., system Station) with information about the data available for transmission in

| US8767614B2 | **ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products")** |
|---|---|
| | the uplink buffers associated with the MAC entity (i.e., communication between a user station and a system station). See Fig. 6.<br><br>**Citation 6: Buffer Status Report**<br><br>5.4.5   Buffer Status Reporting<br><br>The Buffer Status reporting procedure is used to provide the serving eNB with information about the amount of data available for transmission in the UL buffers associated with the MAC entity. RRC controls BSR reporting by configuring the three timers *periodicBSR-Timer*, *retxBSR-Timer* and *logicalChannelSR-ProhibitTimer* and by, for each logical channel, optionally signalling *logicalChannelGroup* which allocates the logical channel to an LCG [8].<br><br>Fig. 6<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 48, Last Accessed on 11th November,2021, Exhibit B |
| **1b**. sending an indication to the system station that the node for relaying has different buffering capabilities than the user station. | The accused products practice standards that supports sending an indication to the system station that the node for relaying has different buffering capabilities than the user station.<br><br>The user station acting as a relay node (e.g., ZTE Axon 30 Ultra) sends the Buffer Status report and the Buffer Status report fields contain different parameters like buffer size, LCG ID and a parameter called extendedBSR-Size (i.e., increase in the length of the buffer size field) that can be used as an indication for relay node has different buffering capabilities than the user station. See Fig. 7 and Fig. 8 |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| | **Citation 7: Fields in Buffer Status Report**<br><br>The fields LCG ID and Buffer Size are defined as follow:<br><br>- LCG ID: The Logical Channel Group ID field identifies the group of logical channel(s) which buffer status is being reported. The length of the field is 2 bits. For NB-IoT, the LCG ID is set to #0.<br><br>- Buffer Size: The Buffer Size field identifies the total amount of data available across all logical channels of a logical channel group after all MAC PDUs for the TTI have been built. The amount of data is indicated in number of bytes. It shall include all data that is available for transmission in the RLC layer and in the PDCP layer; the definition of what data shall be considered as available for transmission is specified in [3] and [4] or [17] respectively. The size of the RLC and MAC headers are not considered in the buffer size computation. The length of this field is 6 bits. If *extendedBSR-Sizes* is not configured, the values taken by the Buffer Size field are shown in Table 6.1.3.1-1. If *extendedBSR-Sizes* is configured, the values taken by the Buffer Size field are shown in Table 6.1.3.1-2.<br><br>Fig. 7<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 82,<br><br>Last Accessed on 11th November,2021, Exhibit B |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but  not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
| --- | --- |
| | **Citation 8: Buffer Status Report**<br><br><br><br>**Figure 6.1.3.1-1: Short BSR and Truncated BSR MAC control element**<br><br><br><br>**Figure 6.1.3.1-2: Long BSR MAC control element**<br><br>Fig. 8<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 83, Last Accessed on 11th November,2021,  Exhibit B<br><br>Buffer Status Report (BSR) has different levels or buffer sizes some of them are shown in Fig. 9, In extended buffer size levels for BSR that is used for indicating information to the system station has different buffer size values as shown in Fig. 10. For example, the buffer size of the node for relaying is given by the Table corresponding to the Extended Buffer Size being configured. The buffer size of the user station is given by the Table corresponding to the case when the Extended Buffer Size is not being configured. |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
|  | **Citation 9: Buffer Size levels for BSR** <br><br> **Table 6.1.3.1-1: Buffer size levels for BSR** <br><br>  <br><br> Fig. 9 <br><br> Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 84, <br><br> Last Accessed on 11th November,2021, Exhibit B |

The table in the figure contains:

| Index | Buffer Size (BS) value [bytes] | Index | Buffer Size (BS) value [bytes] |
|---|---|---|---|
| 0 | BS = 0 | 32 | 1132 < BS <= 1326 |
| 1 | 0 < BS <= 10 | 33 | 1326 < BS <= 1552 |
| 2 | 10 < BS <= 12 | 34 | 1552 < BS <= 1817 |
| 3 | 12 < BS <= 14 | 35 | 1817 < BS <= 2127 |
| 4 | 14 < BS <= 17 | 36 | 2127 < BS <= 2490 |
| 5 | 17 < BS <= 19 | 37 | 2490 < BS <= 2915 |
| 6 | 19 < BS <= 22 | 38 | 2915 < BS <= 3413 |
| 7 | 22 < BS <= 26 | 39 | 3413 < BS <= 3995 |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| | **Citation 10: Extended Buffer Size Levels for BSR**<br><br>**Table 6.1.3.1-2: Extended Buffer size levels for BSR**<br><br>| Index | Buffer Size (BS) value [bytes] | Index | Buffer Size (BS) value [bytes] |<br>|---|---|---|---|<br>| 0 | BS = 0 | 32 | 4940 < BS <= 6074 |<br>| 1 | 0 < BS <= 10 | 33 | 6074 < BS <= 7469 |<br>| 2 | 10 < BS <= 13 | 34 | 7469 < BS <= 9185 |<br>| 3 | 13 < BS <= 16 | 35 | 9185 < BS <= 11294 |<br>| 4 | 16 < BS <= 19 | 36 | 11294 < BS <= 13888 |<br>| 5 | 19 < BS <= 23 | 37 | 13888 < BS <= 17077 |<br>| 6 | 23 < BS <= 29 | 38 | 17077 < BS <= 20999 |<br>| 7 | 29 < BS <= 35 | 39 | 20999 < BS <= 25822 |<br><br>Fig. 10<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 85, Last Accessed on 11th November,2021, Exhibit B |
| **2.** A method as claimed in claim 1, wherein the indication comprises an indication that the buffer size of the node for relaying is extended from | The accused products practice a method wherein the indication comprises an indication that the buffer size of the node for relaying is extended from that of the user equipment and information of the size of the extension.<br><br>The user station acting as a relay node (i.e., the accused products) sends the Buffer Status Report (BSR) to the system station. The BSR includes the Buffer Size field, which identifies the total amount of data available across all logical channels of a logical channel group. The buffer size can take values from either a default buffer size level table or an |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
| --- | --- |
| that of the user equipment and information of the size of the extension. | extended buffer size level table. The "extendedBSR-Sizes" parameter is used to indicate whether the buffer size of the user station (which is acting as a relay node) is extended. See Fig. 11.<br><br>**Citation 11: Buffer Size field and extendedBSR-Sizes parameter**<br><br>The fields LCG ID and Buffer Size are defined as follow:<br><br>- LCG ID: The Logical Channel Group ID field identifies the group of logical channel(s) which buffer status is being reported. The length of the field is 2 bits. For NB-IoT, the LCG ID is set to #0.<br><br>- Buffer Size: The Buffer Size field identifies the total amount of data available across all logical channels of a logical channel group after all MAC PDUs for the TTI have been built. The amount of data is indicated in number of bytes. It shall include all data that is available for transmission in the RLC layer and in the PDCP layer; the definition of what data shall be considered as available for transmission is specified in [3] and [4] or [17] respectively. The size of the RLC and MAC headers are not considered in the buffer size computation. The length of this field is 6 bits. If *extendedBSR-Sizes* is not configured, the values taken by the Buffer Size field are shown in Table 6.1.3.1-1. If *extendedBSR-Sizes* is configured, the values taken by the Buffer Size field are shown in Table 6.1.3.1-2.<br><br>Fig. 11<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 82, Last Accessed on 11th November,2021, Exhibit B<br><br>If the extendedBSR-Sizes parameter is configured, the values taken by the Buffer Size field are "extended" compared to the default buffer size level values for BSR. The values of the extended buffer size levels (i.e., information of the size of the extension) are known using the extended buffer size level table for BSR. The BSR is an indication comprising indication that the buffer size of the node for relaying is extended from that of the UE and also of the size that extension and meets this limitation literally or under the doctrine of equivalents. See Fig. 12 and Fig. 13. |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
|  | **Citation 12: Default Buffer Size Levels for BSR** |

**Table 6.1.3.1-1: Buffer size levels for BSR**

| Index | Buffer Size (BS) value [bytes] | Index | Buffer Size (BS) value [bytes] |
|---|---|---|---|
| 0 | BS = 0 | 32 | 1132 < BS <= 1326 |
| 1 | 0 < BS <= 10 | 33 | 1326 < BS <= 1552 |
| 2 | 10 < BS <= 12 | 34 | 1552 < BS <= 1817 |
| 3 | 12 < BS <= 14 | 35 | 1817 < BS <= 2127 |
| 4 | 14 < BS <= 17 | 36 | 2127 < BS <= 2490 |
| 5 | 17 < BS <= 19 | 37 | 2490 < BS <= 2915 |
| 6 | 19 < BS <= 22 | 38 | 2915 < BS <= 3413 |
| 7 | 22 < BS <= 26 | 39 | 3413 < BS <= 3995 |

Fig. 12

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 84,

Last Accessed on 11th November,2021, Exhibit B

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
|  | **Citation 13: Extended Buffer Size Levels for BSR**<br><br>**Table 6.1.3.1-2: Extended Buffer size levels for BSR**<br><br>| Index | Buffer Size (BS) value [bytes] | Index | Buffer Size (BS) value [bytes] |<br>|---|---|---|---|<br>| 0 | BS = 0 | 32 | 4940 < BS <= 6074 |<br>| 1 | 0 < BS <= 10 | 33 | 6074 < BS <= 7469 |<br>| 2 | 10 < BS <= 13 | 34 | 7469 < BS <= 9185 |<br>| 3 | 13 < BS <= 16 | 35 | 9185 < BS <= 11294 |<br>| 4 | 16 < BS <= 19 | 36 | 11294 < BS <= 13888 |<br>| 5 | 19 < BS <= 23 | 37 | 13888 < BS <= 17077 |<br>| 6 | 23 < BS <= 29 | 38 | 17077 < BS <= 20999 |<br>| 7 | 29 < BS <= 35 | 39 | 20999 < BS <= 25822 |<br><br>Fig. 13<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 85, Last Accessed on 11th November, 2021, Exhibit B |
| **4.** A method as claimed in claim 1, wherein the buffer information report comprises a medium access control control element. | The accused products practice a method wherein the buffer information report comprises a medium access control control element.<br><br>The user station acting as a relay node sends the Buffer Status Report (BSR) to the system station using a BSR Medium Access Control (MAC) control element. The BSR MAC control elements consist of short BSR, truncated BSR, or long BSR format. See Fig. 14. |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| | **Citation 14: BSR MAC Control Element**<br><br>6.1.3.1    Buffer Status Report MAC Control Elements<br><br>Buffer Status Report (BSR) MAC control elements consist of either:<br><br>-    Short BSR and Truncated BSR format: one LCG ID field and one corresponding Buffer Size field (figure 6.1.3.1-1); or<br><br>-    Long BSR format: four Buffer Size fields, corresponding to LCG IDs #0 through #3 (figure 6.1.3.1-2).<br><br>Fig. 14<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 82, Last Accessed on 11th November,2021, Exhibit B |
| **5.** A method as claimed in claim 1, comprising separate signalling of said indication in a radio resource control message or an admission control message and the buffer information report in a medium access control message. | The user station acting as a relay node (e.g., ZTE Axon 30 Ultra) sends the Buffer Status Report (BSR) to the system station. The buffer size can take values from either a default buffer size level table or an extended buffer size level table. The "extendedBSR-Sizes" parameter is used to indicate to the system station whether the buffer size of the user station (which is acting as a relay node) is extended. See Fig. 15. |

**Citation 15: extendedBSR-Sizes parameter**

The fields LCG ID and Buffer Size are defined as follow:

- LCG ID: The Logical Channel Group ID field identifies the group of logical channel(s) which buffer status is being reported. The length of the field is 2 bits. For NB-IoT, the LCG ID is set to #0.

- Buffer Size: The Buffer Size field identifies the total amount of data available across all logical channels of a logical channel group after all MAC PDUs for the TTI have been built. The amount of data is indicated in number of bytes. It shall include all data that is available for transmission in the RLC layer and in the PDCP layer; the definition of what data shall be considered as available for transmission is specified in [3] and [4] or [17] respectively. The size of the RLC and MAC headers are not considered in the buffer size computation. The length of this field is 6 bits. If *extendedBSR-Sizes* is not configured, the values taken by the Buffer Size field are shown in Table 6.1.3.1-1. If *extendedBSR-Sizes* is configured, the values taken by the Buffer Size field are shown in Table 6.1.3.1-2.

Fig. 15

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 82,

Last Accessed on 11th November,2021,  Exhibit B

The user station acting as a relay node sends the Buffer Status Report (BSR) to the system station by means of an appropriate BSR Medium Access Control (MAC) control element (i.e., medium access control message). See Fig. 16.

**Citation 16: BSR MAC Control Element**

6.1.3.1      Buffer Status Report MAC Control Elements

Buffer Status Report (BSR) MAC control elements consist of either:

- Short BSR and Truncated BSR format: one LCG ID field and one corresponding Buffer Size field (figure 6.1.3.1-1); or

- Long BSR format: four Buffer Size fields, corresponding to LCG IDs #0 through #3 (figure 6.1.3.1-2).

Fig. 16

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 82,

Last Accessed on 11th November,2021, Exhibit B

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| **6Pre.** An apparatus, comprising:<br><br>**6a.** means for causing sending of a buffer information report to a system station from a node for relaying communications between at least one user station and the system station, the report being generated based on a report format used for uplink reporting by a user station; and | The accused products implement an apparatus comprising means for causing sending of a buffer information report to a system station from a node for relaying communications between at least one user station and the system station, the report being generated based on a report format used for uplink reporting by a user station.<br><br>*Refer to supporting evidence of claim element 1[a].* |
| **6b.** means for causing sending of an indication to the system station that the node for relaying has different buffering | The accused products implement an apparatus comprising means for causing sending of an indication to the system station that the node for relaying has different buffering capabilities than the user station.<br><br>*Refer to supporting evidence of claim element 1[b].* |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| capabilities than the user station. | |
| **13pre.** An apparatus, comprising: | The accused products implement an apparatus comprising at least one processor and at least one memory including computer program code, where the at least one memory and the computer program code are configured to, with the at least one processor, cause the apparatus to perform at least the following functions. |
| **13a.** at least one processor; and | ZTE phones include processors and memory with loaded computer program code. By way of an example, ZTE Axon 30 Ultra includes Qualcomm Snapdragon 888 CPU (i.e., processor). ZTE offers two variants of ZTE Axon 30 Ultra with 8GB RAM/128 GB storage and 12GB RAM/256 GB storage (i.e., memory). |
| **13b.** at least one memory including computer program code | |
| **13c.** the at least one memory and the computer program code configured to, with the at least one processor, cause the apparatus to perform at least the following: | Based on information and belief, the ZTE devices can perform the following functions of sending a buffer status report using the processor and memory. |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| | **Citation 17: Processor and Memory in ZTE Axon 30 Ultra**<br><br>Core Chip Platform        Qualcomm® Snapdragon™ 888 mobile platform<br><br>Memory Storage        8GB RAM + 128GB ROM<br>                       12GB RAM +256GB ROM<br><br>Fig. 17<br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/, Page 1, Last Accessed 4th February, 2022, Exhibit D |
| **13d.** sending of a buffer information report to a system station from a node for relaying communications between at least one user station and the system station, the report being generated based on a report format | The accused products implement an apparatus wherein the at least one memory and the computer program code are further configured to, with the at least one processor, cause the apparatus to send a buffer information report to a system station from a node for relaying communications between at least one user station and the system station, the report being generated based on a report format used for uplink reporting by a user station.<br><br>*Refer to supporting evidence of claim element 1[a].* |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| used for uplink reporting by a user station; and | |
| **13e.** sending of an indication to the system station that the node for relaying has different buffering capabilities than the user station. | The accused products implement an apparatus wherein the at least one memory and the computer program code are further configured to, with the at least one processor, cause the apparatus to send an indication to the system station that the node for relaying has different buffering capabilities than the user station.<br><br>*Refer to supporting evidence of claim element 1[b].* |
| **14.** An apparatus as claimed in claim 13, wherein the at least one memory and the computer program code are further configured to, with the at least one processor, cause the apparatus to perform at least the following: process an indication that the buffer size of the node for relaying is extended | The accused products implement an apparatus wherein the at least one memory and the computer program code are further configured to, with the at least one processor, cause the apparatus to perform at least the following: process an indication that the buffer size of the node for relaying is extended from that of the user equipment and information of the size of the extension.<br><br>*Refer to supporting evidence of claim element 13[pre] & 2.* |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| from that of the user equipment and information of the size of the extension. | |
| **16.** An apparatus as claimed in claim 13, wherein the at least one memory and the computer program code are further configured to, with the at least one processor, cause the apparatus to perform at least the following: communicate the indication within the buffer information report. | The user station acting as a relay node (e.g., ZTE Axon 30 Ultra) sends the Buffer Status Report (BSR) to the system station. The buffer size can take values from either a default buffer size level table or an extended buffer size level table. The "extendedBSR-Sizes" parameter is used to indicate to the system station whether the buffer size of the user station (which is acting as a relay node) is extended. See Fig. 18.<br><br>**Citation 18: extendedBSR-Sizes parameter**<br><br>The fields LCG ID and Buffer Size are defined as follow:<br><br>- LCG ID: The Logical Channel Group ID field identifies the group of logical channel(s) which buffer status is being reported. The length of the field is 2 bits. For NB-IoT, the LCG ID is set to #0.<br><br>- Buffer Size: The Buffer Size field identifies the total amount of data available across all logical channels of a logical channel group after all MAC PDUs for the TTI have been built. The amount of data is indicated in number of bytes. It shall include all data that is available for transmission in the RLC layer and in the PDCP layer; the definition of what data shall be considered as available for transmission is specified in [3] and [4] or [17] respectively. The size of the RLC and MAC headers are not considered in the buffer size computation. The length of this field is 6 bits. If *extendedBSR-Sizes* is not configured, the values taken by the Buffer Size field are shown in Table 6.1.3.1-1. If *extendedBSR-Sizes* is configured, the values taken by the Buffer Size field are shown in Table 6.1.3.1-2.<br><br>Fig. 18 |

| US8767614B2 | ZTE Handsets Supporting LTE/LTE-A, including, but  not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
|---|---|
| | Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 82, Last Accessed on 11th November,2021, Exhibit B<br><br>*Refer to supporting evidence of claim element 13[pre].* |
| **17.** An apparatus as claimed in claim 16, wherein the buffer information report comprises a buffer status report and said indication is included into an extension of the buffer status report. | The user station acting as a relay node (e.g.., ZTE Axon 30 Ultra) sends a Buffer Status Report (BSR) to the system station, which is used to provide the system station with information about the amount of data available for transmission in the uplink buffers of the user station. See Fig. 19.<br><br>**Citation 19: Buffer Status Report**<br><br>5.4.5    Buffer Status Reporting<br><br>The Buffer Status reporting procedure is used to provide the serving eNB with information about the amount of data available for transmission in the UL buffers associated with the MAC entity. RRC controls BSR reporting by configuring the three timers *periodicBSR-Timer*, *retxBSR-Timer* and *logicalChannelSR-ProhibitTimer* and by, for each logical channel, optionally signalling *logicalChannelGroup* which allocates the logical channel to an LCG [8].<br><br>Fig. 19<br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf, Page 48, Last Accessed on 11th November,2021, Exhibit B<br><br>*Refer to supporting evidence of claim element 13[pre].* |

**References Cited**

| Exhibit(s) | Description | Link |
|---|---|---|
| Exhibit A | TS 36.300 v 15.2.0 | https://www.etsi.org/deliver/etsi_ts/136300_136399/136300/15.02.00_60/ts_136300v150200p.pdf |
| Exhibit B | TS 36.321 v 15.2.0 | https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/15.02.00_60/ts_136321v150200p.pdf |
| Exhibit C | ZTE Axon 30 Ultra | https://ztedevices.com/en-us/axon-30-ultra/ |
| Exhibit D | ZTE Axon 30 Ultra Specs | https://ztedevices.com/en-us/axon-30-ultra-specs/ |